Jeffrey W. THOMAS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 156, 2015

Supreme Court of Delaware.

Submitted: October 7, 2015
Decided: December 17, 2015

AFFIRMED.